**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **NORMAN BRADFORD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:09-cv-1226 |
| ) | |
| **HSBC MORTGAGE CORPORATION,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF HEARING

TAKE NOTICE that on August 13, 2010 at 10:00 am, or as soon thereafter as counsel may be heard, HSBC Mortgage Corporation and Mortgage Electronic Registration Systems, Inc., by counsel, shall seek to be heard on their previously filed Motion to Dismiss Complaint and Motion for Summary Judgment. Please conduct yourself accordingly.

Respectfully submitted,

**HSBC MORTGAGE CORPORATION AND
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.**

   /s/ *Robert R. Michael*
Robert R. Michael, VSB 74148
Bierman, Geesing, Ward & Wood, LLC
8100 Three Chopt Rd., Suite 240
Richmond, VA 23229
(804) 521-6121
(804) 521-6171 (fax)
Robert.Michael@bgw-llc.com
*Counsel for Defendants HSBC Mortgage Corporation and Mortgage Electronic Registration Systems, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of July, 2010, I electronically filed the foregoing Notice of Hearing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Daniel M. Gray, Esq.
The Law Offices of Daniel M. Gray, LLC
7617 Virginia Avenue
Falls Church, VA 22043
Tel: (703) 204-0164
Fax: (703) 204-1449
Email:  graydm2@verizon.net
*Counsel for Plaintiff*

Richard B. Rogers, Esq.
Richard B. Rogers, PLC
6606 Thurlton Drive
Alexandria, VA 22315
Tel: (571) 969-1727
Email:  Richard_B_Rogers@msn.com
*Counsel for Plaintiff*

Joseph J. Shannon, Esq.
Shapiro & Burson, LLP
13531 Lee Jackson Memorial Highway
Suite 201
Fairfax, VA 22033
Tel:  (703) 261-7461
Fax:  (703) 449-5950
Email:  JShannon@logs.com
*Counsel for Defendant Professional Foreclosure Corporation of Virginia*

                                          _____/s/ *Robert R. Michael*_____
                                          Robert R. Michael, VSB 74148
                                          Bierman, Geesing, Ward & Wood, LLC
                                          8100 Three Chopt Rd., Suite 240
                                          Richmond, VA 23229
                                          (804) 521-6121
                                          (804) 521-6171 (fax)
                                          Robert.Michael@bgw-llc.com
                                          *Counsel for Defendant Mortgage Electronic*
                                          *Registration Systems, Inc.*