IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NORMAN BRADFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:09-CV-1226 |
| v. ) | |
| ) | |
| HSBC MORTGAGE ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA'S MOTION TO DISMISS AMENDED COMPLAINT

Defendants Professional Foreclosure Corporation of Virginia, Substitute Trustees ("PFC") by undersigned counsel, move to dismiss Plaintiff Norman Bradford's ("Plaintiff") Amended Complaint against PFC for failing to state a claim upon which relief can be granted under Fed R. Civ. P. 12(b)(6).

Plaintiff's Complaint fails to properly plead or state plausible facts to support Count III(Violation of the Fair Dept Collection Practices Act), Count VII (Breach of Fiduciary Duty), as against PFC. Plaintiff's additional Counts (I, II, IV, V, VI, and VIII), state no claims against PFC. PFC incorporates and adopts by reference herein their Memorandum of Points and Authorities in support thereof.

WHEREFORE, Defendant Professional Foreclosure Corporation of Virginia respectfully requests that the Complaint be dismissed with prejudice as against it.

Respectfully Submitted,

PROFESSIONAL FORECLOSURE
CORPORATION OF VIRGINIA,

By Counsel

/s/ Joseph J. Shannon
Joseph J. Shannon, Esquire
VSB No. 75628
Counsel for Professional Foreclosure Corporation of Virginia
SHAPIRO & BURSON, LLP
13531 Lee Jackson Memorial Hwy.
Suite 201
Fairfax, VA 22033
Phone: (703) 261-7461
Fax: (703) 449-5850
Email: jshannon@logs.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2010, a copy of the foregoing Motion to Dismiss and Memorandum of Points and Authorities in support thereof will be electronically filed with the Clerk of Court through the CM/ECF system, which will then notify the following of such filing:

Daniel M. Gray, VSB#39942
Law Offices of Daniel M. Gray, LLC
7617 Virginia Avenue
Falls Church, VA 22043
Telephone: 703-204-0164
Fax: 703-204-1449
Email: graydm2@verizon.net
Counsel for Plaintiff

Richard B. Rogers
Richard B. Rogers plc
6606 Thurlton Drive
Alexandria, VA 22315
Telephone: 571-969-1727
Email: richard_b_rogers@msn.com
Counsel for Plaintiff

Robert Ryan Michael
Bierman Geesing & Ward LLC (Richmond)
8100 Three Chopt Rd

Room 240
Richmond, VA 23229-4833
804-282-0463
804-282-0541 (fax)


   /s/ Joseph J. Shannon
Joseph J. Shannon, Esquire
VSB No. 75628
Counsel for Professional Foreclosure Corporation of Virginia
SHAPIRO & BURSON, LLP
13531 Lee Jackson Memorial Hwy.
Suite 201
Fairfax, VA 22033
 Phone: (703) 261-7461
 Fax: (703) 449-5850
 Email: jshannon@logs.com