**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **NORMAL BRADFORD,**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | |
| v.  ) | Case No. 1:09-cv-1226 TSE/JFA |
| ) | |
| **HSBC MORTGAGE CORPORATION,** *et al.*  ) | |
| ) | |
| **Defendants.**  ) | |

<u>**NOTICE OF INTENT TO FILE NOTICE OF HEARING**</u>

Defendants HSBC Mortgage Corporation ("HSBC") and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively as "Defendants"), by undersigned counsel, hereby inform this Honorable Court of their intent to file a Notice of Hearing as soon as Counsel can confer with the other parties herein.

Dated:  August 19, 2010      Respectfully submitted,

HSBC MORTGAGE CORPORATION and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.


    /s/ Robert R. Michael
Robert R. Michael (VSB #74148)
Bierman, Geesing, Ward & Wood, LLC
8100 Three Chopt Rd., Suite 240
Richmond, VA 23229
Tel:  (804) 521-6121
Fax:  (804) 521-6171
Email:  Robert.Michael@bgw-llc.com
*Counsel for Defendants HSBC Mortgage Corp.
and Mortgage Electronic Registration Systems,
Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 19th day of August, 2010, I electronically filed the foregoing NOTICE OF INTENT TO FILE NOTICE OF HEARING via the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Daniel M. Gray, Esq.
The Law Offices of Daniel M. Gray, LLC
7617 Virginia Avenue
Falls Church, VA 22043
Tel: (703) 204-0164
Fax: (703) 204-1449
Email:  graydm2@verizon.net
*Counsel for Plaintiff*

Richard B. Rogers, Esq.
Richard B. Rogers, PLC
6606 Thurlton Drive
Alexandria, VA 22315
Tel: (571) 969-1727
Email:  Richard_B_Rogers@msn.com
*Counsel for Plaintiff*

Joseph J. Shannon, Esq.
Shapiro & Burson, LLP
13531 Lee Jackson Memorial Highway
Suite 201
Fairfax, VA 22033
Tel:  (703) 261-7461
Fax:  (703) 449-5950
Email:  JShannon@logs.com
*Counsel for Defendant Professional Foreclosure Corporation of Virginia*

        _____/s/ Robert R. Michael_____
        Robert R. Michael (VSB #74148)
        Bierman, Geesing, Ward & Wood, LLC
        8100 Three Chopt Rd., Suite 240
        Richmond, VA 23229
        Tel:  (804) 521-6121
        Fax:  (804) 521-6171
        Email:  Robert.Michael@bgw-llc.com
        *Counsel for Defendant s HSBC Mortgage Corp.*
        *and Mortgage Electronic Registration Systems,*
        *Inc.*