IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NORMAN BRADFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:09cv1226 (TSE/JFA) |
| v. ) | |
| ) | |
| HSBC MORTGAGE CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## RULE 16(B) SCHEDULING ORDER

Upon consideration of the representations made by plaintiff Bradford and defendants HSBC Mortgage Corporation, Mortgage Electronic Registration Systems, Inc., and Professional Foreclosure Corporation in their Rule 26(f) Report (Docket no. 52), the court makes the following rulings:

1.  All discovery shall be concluded by December 10, 2010.

2.  The Rule 26(f) Report is approved in part and shall control discovery to the extent of its application unless further modified by the court.

3.  Fed. R. Civ. P. 26(a)(1) disclosures shall be completed within fourteen (14) days after the entry of an order on pending dispositive motions currently scheduled to be heard on September 17, 2010.

4.  If counsel believe that a settlement conference with the court would be of assistance in resolving this dispute, they may arrange a settlement conference by contacting the undersigned Magistrate Judge's chambers.

5. Expert disclosures shall be governed by the following schedule and Local Civil Rule 26(D): Initial expert disclosures as to any issue upon which a party has the burden of proof are due October 11, 2010. Responding disclosures are due November 10, 2010. Any rebuttal disclosures are due November 26, 2010. To the extent the parties wish to modify these deadlines, they must seek leave of court.

6. To the extent any party intends to assert a claim of privilege or protection as trial preparation material, any such claim must be made in a timely manner and in accordance with Fed. R. Civ. P. 26(b)(5).

7. Filings under seal are disfavored and discouraged. *See Va. Dep't of State Police v. Washington Post*, 386 F.3d 567, 575-76 (4th Cir. 2004). Any motion to file a document under seal, including a motion for entry of a protective order containing provisions for filing documents under seal, must comply with Local Civil Rule 5 and must be noticed for a hearing in open court. The motion must state sufficient facts supporting the action sought, and each proposed order must include specific findings.

8. A paper copy of any non-dispositive motion and all papers relating to the motion shall be **delivered directly to the chambers of the undersigned magistrate judge** upon filing. *See* ECF Policies and Procedures, Alexandria Courtesy Copy Information.

9. All motions, except for summary judgment, shall be noticed for a hearing on the earliest possible Friday before the final pretrial conference. Ten working days' notice is required for motions to dismiss, for summary judgment and for judgment on the pleadings. **A non-dispositive motion must be filed by 5:00 p.m. the Friday before the Friday for which it is noticed, with a response due by 5:00 p.m. the Wednesday before the hearing. This order and Local Civil Rule 7 modify the time periods for the notice and briefing of motions under**

**Fed. R. Civ. P. 6(c) and 56(c).** All motions must contain a statement that a good-faith effort to narrow areas of disagreement has been made in accordance with Local Civil Rule 7(E) and Local Civil Rule 37(E) for discovery motions.

10. All Fed. R. Civ. P. 12 issues shall be raised in one pleading unless leave of court is first obtained. All summary judgment issues shall be presented in the same pleading unless leave of court is first obtained.

11. All motions must adhere to the page limits set in Local Civil Rule 7(F)(3). No pleading shall be in type less than ten (10) pitch or twelve (12) point.

12. Disclosures under Fed. R. Civ. P. 26(a)(1) and (2), notices of depositions, interrogatories, requests for documents and admissions, and answers thereto shall not be filed except on order of the court, or for use in a motion or at trial.

13. In the event this case is tried before a jury, each party shall file their proposed jury instructions and voir dire five (5) business days prior to trial in accordance with Local Civil Rule 51. Violation of this Rule will constitute a waiver of objections to any instructions given. In the event the case is tried without a jury, counsel shall file written proposed findings of fact and conclusions of law prior to the beginning of trial.

Entered this 14th day of September, 2010.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia