# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| Norman Bradford | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:09cv1226 (TSE/JFA) |
| | ) | |
| HSBC Mortgage Corporation, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and declaration of

Daniel M. Gray, Esq., counsel  of record for the plaintiff, the Clerk of this Court does hereby

enter the default of defendant, Home Advantage Funding Group, for failure to plead or otherwise

defend as provided by the Federal Rules of Civil Procedure. The entry of default is in

accordance with Rule 55(a) Federal Rules of Civil Procedure.


FERNANDO GALINDO,
CLERK OF COURT

By:_____/s/_____
      Tenesha Cheatham,
      DEPUTY CLERK


Dated: September 21, 2010