# CIVIL MOTION MINUTES

CIVIL ACTION NO. 1:09cv1226                     DATE: 9/17/2010

JUDGE: T.S. ELLIS, III.                          COURT REPORTER M.Rodriquez
                                                 Start Time: 1:17
                                                 End Time: 1:44


Norman Bradford     vs.     HSBC Mortgage Corporation, et.al.

Appearances of Counsel for   Plaintiff (✓)   Defendant (✓)   Pro Se ( )

( ) Matter is uncontested
Motion to/for:
Motions to dismiss and motion for summary judgment: matter heard.


Argued &      ( ) Granted  ( ) Denied   ( ) Granted in part/Denied in part
(✓) Taken Under Advisement    ( ) Continued to

( ) Report and Recommendation to Follow
(✓) Order to Follow

Counsel:  Pltf: Daniel Gray, Richard Rogers     Deft: Robert Michael