IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION
CIVIL SECTION

FILED
2010 OCT 28  P 4: 33
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

NORMAN BRADFORD:

PLAINTIFF

V.                                              CIVIL NO. 1:09-cv-1226 TSE

HSBC MORTGAGE CORPORATION, et al,

DEFENDANTS

---

## NOTICE OF INTENT TO FILE NOTICE OF HEARING

---

PLEASE TAKE NOTICE THAT, as soon as an agreeable date is reached with opposing counsel, your Plaintiff Norman Bradford, intends to file a Notice of hearing on his filed Motion For Judgment On The Pleadings Pursuant To Rule 12 (c) Or In The Alternative To Strike Defendant HSBC Mortgage Corporation's Answer And Affirmative Defenses.

Respectfully submitted this 28th day of October 2010

Norman Bradford/ *Pro Se*
43543 Barley Court
Ashburn, VA 20147
(703) 622-5181

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice was served via first class mail; postage prepaid, this 28t$^h$ day of October 2010, upon:

Bierman, Geesing, Ward & Wood, LLC
8100 Three Chopt Road, Ste 240
Richmond, Virginia 23229

Rathbun & Goldberg, P.C.
10555 Main Street, Suite 450
Fairfax, VA 22030

_____
Norman Bradford/Pro Se