IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NORMAN BRADFORD,          )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>HSBC MORTGAGE CORPORATION, et al., )<br>     Defendants.           ) | Civil Action No. 1:09cv1226 |

FILED
DEC 14 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

### ORDER

This matter is scheduled for a final pretrial conference at 11:00 a.m., Thursday, December 16, 2010.

For good cause, and in light of the Court's family emergency,

It is hereby **ORDERED** that the final pretrial conference is **CONTINUED** to 4:00 p.m., Thursday, January 6, 2011.

The Clerk is directed to send a copy of this Order to all counsel of record.


Alexandria, VA
December 14, 2010

_____
T. S. Ellis, III
United States District Judge