IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **NORMAN BRADFORD,** | * |
| Plaintiff, | * |
| v. | *   Civil Action No: 1:09-cv-1226 TSE |
| **HSBC MORTGAGE CORP., et al.** | * |
| Defendants. | * |

## NOTICE OF APPEARANCE OF COUNSEL

THE CLERK will please enter the appearance of undersigned counsel Daniel M. Rathbun and Peter Grasis as co-counsel for Defendant Professional Foreclosure Corporation of Virginia ("PFC"). Daniel M. Rathbun will serve as lead counsel for PFC. Bizhan Beiramee will continue as co-counsel for PFC.

                                               **PROFESSIONAL FORECLOSURE
CORPORATION OF VIRGINIA**
By Counsel

RATHBUN & GOLDBERG, P.C.
10427 North Street, Suite 200
Fairfax, Virginia  22030
Phone:  (703) 383-9580
Fax:  (703) 383-9584

By : /s/ Daniel M. Rathbun
    Bizhan Beiramee, VSB #50918
    Daniel M. Rathbun, VSB #29184
    Peter Grasis, VSB #36251
    Counsel for Defendant PFC

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2011, a copy of the foregoing will be electronically filed with the Clerk of the Court using the CM/ECF system, which will the send notification of such filing to the below-named parties:

    Robert R. Michael, Esq.
    Bierman, Geesing, Ward & Wood, LLC
    8100 Three Chopt Road, Suite 240
    Richmond, Virginia 23229

I hereby certify that on the 6th day of January, 2011, a copy of the foregoing was mailed via first class mail, postage prepaid, to the following party:

    Norman Bradford
    43543 Barley Court
    Ashburn, Virginia 20147

                                            /s/ Daniel M. Rathbun
                                              Daniel M. Rathbun

PLEA_112184Notice of Appearance - DMR124047.DOC