**FINAL PRETRIAL CONFERENCE**

CIVIL ACTION NO. 1:09CV1226        DATE: 1/6/2011
JUDGE: T.S. ELLIS, III.        COURT REPORTER   M.Rodriquez
                                              Start Time: 4:10
                                              End Time:  4:20


 Norman Bradford     vs.    HSBC Mortgage Corporation, et.al.

APPEARANCES:   Counsel for:    Plaintiff ( )    Defendant (✓)        Pro Se (✓)

(✓) Case set for trial by **JURY** on 3/22/2011 @ 10 AM

( ) Case set for trial by **COURT** on _____

Plaintiff's Witness List filed        ☐ ECF        ☐ In Open Court

Plaintiff's Exhibit List filed        ☐ ECF        ☐ In Open Court

Dft's Witness List filed              ☐ ECF        ☐ In Open Court

Dft's Exhibit List filed              ☐ ECF        ☐ In Open Court

Notes:

   Oral Arguments: 2/18/2011 @ 10 AM


 Counsel: Pltf *pro se*         Deft: Bizhan Beiramee; Robert Michael