IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NORMAN BRADFORD )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>HSBC MORTGAGE CORPORATION, )<br>et al., )<br>    Defendants. ) | Case No. 1:09cv1226 |

## ORDER

The matter came before the Court for a final pretrial conference.

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that the following schedule shall apply to the filing of motions for summary judgment:

    i.    Motions for summary judgment shall be filed no later than 5:00 p.m., Friday, January 28, 2011.

    ii.    Any opposition briefs to the motions shall be filed no later than 5:00 p.m., Friday, February 11, 2011.

    iii.    Any replies in support of the motions shall be filed no later than 5:00 p.m., Wednesday, February 16, 2011.

    iv.    Any oral argument on the motions for summary judgment is **SCHEDULED** for 10:00 a.m., Friday, February 18, 2011.

It is further **ORDERED** that a jury trial in this matter is **SCHEDULED** to commence at 10:00 a.m., Tuesday, March 22, 2011.

The Clerk is directed to send a copy of this Order to plaintiff and all counsel of record.

Alexandria, Virginia
January 6, 2011

/s/
T. S. Ellis, III
United States District Judge

2