IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NORMAN BRADFORD )<br>Plaintiff, )<br>)<br>v. )<br>)<br>HSBC MORTGAGE CORPORATION, )<br>et. al., )<br>Defendants. ) | Case No. 1:09cv1226 |

## ORDER

The matter is before the Court on plaintiff's *pro se* motions to reconsider the January 21, 2011 Order denying plaintiff's *pro se* motions to strike the answers and affirmative defenses, or in the alternative, for judgment on the pleadings, against defendants HSBC Mortgage Corp., Professional Foreclosure Corp., and Mortgage Electronic Registration Systems, Inc. *See Bradford v. HSBC Mortgage Corp.*, No. 1:09cv1226 (E.D. Va. Jan. 21, 2011) (Order) ("January 21 Order").

For the reasons stated in the January 21 Order,

It is hereby **ORDERED** that plaintiff's motions to reconsider (Doc. No. 92, 93) are DENIED.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
February 18, 2011

_____
T. S. Ellis, III
United States District Judge