IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

NORMAN BRADFORD            )
   Plaintiff,            )
                                  )
   v.            )   Case No. 1:09cv1226
                                  )
HSBC MORTGAGE CORPORATION,   )
   Defendant.            )

## FINAL ORDER AND JUDGMENT

For the reasons stated in the Memorandum Opinion of even date,

It is hereby **ORDERED** that Bradford's motion for attorney's fees and costs (Doc. 289) is **GRANTED IN PART** and **DENIED IN PART**. It is **GRANTED IN PART** in that under 15 U.S.C. § 1640(a)(3), plaintiff Norman Bradford is entitled to recover from defendant HSBC Mortgage Corporation $350.00 in costs and $25,020.00 in attorney's fees pursuant to the Rule 68, Fed. R. Civ. P. offer of judgment that was accepted for a single violation of 15 U.S.C. § 1641(f)(2). It is **DENIED** in all other respects.

It is **ORDERED** that the Clerk is **DIRECTED** to enter judgment in favor of plaintiff Norman Bradford and against defendant HSBC Mortgage Corporation in the amount of $29,371.00 pursuant to Rule 58, Fed. R. Civ. P. This amount is the sum of $4,001.00 in damages as specified in the accepted Rule 68 offer of judgment, $350.00 in costs, and $25,020.00 in attorney's fees.

It is further **ORDERED** that the cross-motions for summary judgment (Docs. 263 & 265) are **DENIED AS MOOT**.

The Clerk is directed to send a copy of this Final Order and Judgment to all counsel of record and to place this matter among the ended causes.

Alexandria, Virginia
April 26, 2012

/s/
T. S. Ellis, III
United States District Judge